# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA EMANUEL EL-BEY, <br> Plaintiff, <br><br> v. <br><br> US BANK NATIONAL ASSOCIATION, et al., <br> Defendants. | CIVIL ACTION <br><br> No. 09-cv-05656 <br><br> **FILED** <br> JUN 1 4 2010 <br> MICHAEL E. KUNZ, Clerk <br> By_____ Dep. Clerk |

**Order**

AND NOW on this 14 day of June, 2010, upon consideration of the motion to dismiss (Docket No. 8) of defendants, U.S. Bank National Association ("U.S. Bank"), Chase Home Finance, LLC ("Chase"), and McCabe, Weisberg & Conway, PC ("McCabe"), and plaintiff's opposition thereto, **IT IS HEREBY ORDERED** that the motion is **GRANTED** and plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE**.

The Clerk is directed to mark this action closed for statistical purposes.

William H. Yohn Jr., Judge